**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1635

WILLIAM HARRISON FARLEY,

Plaintiff - Appellant,

v.

CMFG LIFE INSURANCE COMPANY, d/b/a Cuna Mutual,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Robert S. Ballou, District Judge.  (6:22-cv-00024-RSB)

Submitted:  January 31, 2025                    Decided:  February 13, 2025

Before AGEE, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Thomas E. Strelka, Brittany M. Haddox, STRELKA LAW OFFICE, PC, Roanoke, Virginia, for Appellant. Kevin D. Holden, Richmond, Virginia, John Tucker Woodson, JACKSON LEWIS PC, Madison, Wisconsin, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Harrison Farley appeals the district court's order awarding summary judgment to CMFG Life Insurance Company on Farley's retaliatory termination claim under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634.[*] After a thorough review of the record and the parties' submissions on appeal, we discern no reversible error. Accordingly, we affirm the district court's order. *Farley v. CMFG Life Ins. Co.*, No. 6:22-cv-00024-RSB (W.D. Va. May 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court also awarded summary judgment to the defendant on Farley's age discrimination claim. Farley does not challenge that ruling on appeal.